UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEILA WINSTON, a single person<br><br>                              Plaintiff,<br><br>     v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign insurance company,<br><br>                              Defendant. | **The Honorable Richard A. Jones**<br><br>NO.   C13-1654RAJ<br><br>**ORDER GRANTING LEAVE FOR RYAN SWANSON & CLEVELAND TO WITHDRAW AS COUNSEL** |

THIS MATTER comes before this Court on the Motion of Ryan Swanson & Cleveland and John T. Petrie as counsel for Plaintiff Sheila Winston. Dkt. # 13. The Court considered the Motion for Leave to Allow Withdrawal, the Declaration of John T. Petrie in support of the motion, and having received no response to the Motion, it is hereby

ORDERED that Ryan Swanson & Cleveland and John T. Petrie are hereby granted leave to withdraw as counsel for the Plaintiff Sheila Winston and such withdrawal shall be effective upon entry of this Order.

The Clerk of Court is ORDERED to serve Ms. Winston with a copy of this order to her last known address provided by counsel:

ORDER GRANTING LEAVE FOR RYAN SWANSON &
CLEVELAND TO WITHDRAW AS COUNSEL - 1

853548.01

1  Sheila Winston
    6740 NE First Place
2  Renton, WA  98059

3  Since plaintiff is now proceeding *pro se*, the court encourages plaintiff to review

4  resources with respect to representing oneself on the court's website, available at

5  http://www.wawd.uscourts.gov/pro-se.  The court also expects plaintiff to review and abide

6  by the local civil rules, available at

7  http://www.wawd.uscourts.gov/sites/wawd/files/LocalCivilRules_Dec17_2012.pdf .

8  DATED this 28th day of April, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE FOR RYAN SWANSON &
CLEVELAND TO WITHDRAW AS COUNSEL - 2

853548.01